**Irene Darwin, Appellee, v. Chicago Transit Authority, Appellant.**

Gen. No. 44,953.

Werner W. Schroeder, William S. Allen, Paul Denvir, and Arthur J. Donovan, for appellant; Harold Epstein and Kamin & Gleason, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed March 8, 1950; released for publication April 3, 1950.